**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| 1.    **JANA LEGAKO,** | ) | |
| | ) | |
|      **Plaintiff,** | ) | **CIV-18-142-W** |
| **v.** | ) | |
| | ) | |
| 1.    **THE STATE OF OKLAHOMA** | ) | |
| **ex rel., OKLAHOMA CITY** | ) | |
| **COMMUNITY COLLEGE, et al.,** | ) | |
| | ) | **ATTORNEY LIEN CLAIMED** |
|      **Defendants.** | ) | **JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the

Plaintiff, Jana Legako, hereby stipulates that her claims in the above styled and numbered

action shall be dismissed with prejudice. The parties shall bear their own costs and attorney

fees.

**RESPECTFULLY SUBMITTED THIS <u>2nd</u> DAY OF APRIL, 2018.**

s/ Jana B. Leonard
JANA B. LEONARD, OBA #17844
SHANNON C. HAUPT, OBA #18922
LAUREN W. JOHNSTON, OBA #22341
LEONARD & ASSOCIATES, P.L.L.C.
8265 S. Walker
Oklahoma City, Oklahoma 73139
(405) 239-3800 (telephone)
(405) 239-3801 (facsimile)
leonardjb@leonardlaw.net
haupts@leonardlaw.net
johnstonlw@leonardlaw.net
*Counsel for Plaintiff*
